IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARY A. McKENDREE                                                                               PLAINTIFF

v.                           Case No. 2:11CV00138 JTK

MICHAEL J. ASTRUE, *Commissioner*,
Social Security Administration                                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 21st day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE